**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civ. No. 12-1335-SLR |
| TRENDNET, INC., | § § § | |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Trendnet, Inc. ("Trendnet") in the above-captioned action are hereby dismissed without prejudice and all counterclaims brought by Trendnet against TI in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  January 23, 2014.                                  Respectfully submitted,

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Michael Flynn* |
| Timothy Devlin #4241 | Michael J. Flynn |
|     tdevlin@farneydaniels.com | Email: mflynn@mnat.com |
| FARNEY DANIELS PC | Karen Jacobs |
| 1220 Market Street, Suite 850 | Email: kjacobs@mnat.com |
| Wilmington, DE 19801 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Telephone:  (302) 300-4626 | 1201 North Market Street |
| | P.O. Box 1347 |
| Stamatios Stamoulis #4606 | Wilmington, DE  19899 |
|     stamoulis@swdelaw.com | |
| Richard C. Weinblatt #5080 | Jen-Feng Lee (*Pro Hac Vice*) |
|     weinblatt@swdelaw.com | Email: jflee@ltpacificlaw.com |
| STAMOULIS & WEINBLATT LLC | Kenneth Tanji, Jr. |
| Two Fox Point Centre | Email: ktanji@ltpacificlaw.com |
| 6 Denny Road, Suite 307 | LT Pacific Law Group LLP |
| Wilmington, DE 19809 | 17800 Castleton Street, Suite 560 |
| Telephone:  (302) 999-1540 | City of Industry, CA  91748 |
| *Attorneys for Plaintiff* | |
| *Telecomm Innovations LLC* | *Attorneys for Defendant Trendnet, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241